1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  VERNON C. BROWN, JR.,
11        Plaintiff,                    No. 2:12-cv-1951 CKD P
12        vs.
13  NEW FOLSOM STATE PRISON,
14        Defendant.              ORDER
15  _____/
16        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
18  U.S.C. § 1915. However, the certificate portion of the request which must be completed by
19  plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a
20  certified copy of his prison trust account statement for the six month period immediately
21  preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the
22  opportunity to submit a completed in forma pauperis application and a certified copy in support
23  of his application.
24  /////
25  /////
26  /////

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3  2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4  3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
brow1951.3c+new