IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON C. BROWN,

    Plaintiff,                      No. 2:12-cv-1951 CKD P

    vs.

NEW FOLSOM STATE PRISON, et al.,    <u>ORDER AND</u>

    Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

                                   /

        By an order filed July 30, 2012, plaintiff was ordered to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The court issued this order after plaintiff filed an incomplete application to proceed in forma pauperis on July 25, 2012. The thirty day period has now expired, and plaintiff has not complied with the court's order.[1]

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a District Court Judge to this case; and

---

[1] Plaintiff filed a second application to proceed in forma pauperis on August 10, 2012. However, the application, again, is incomplete as the "certificate" portion of the application was not completed by a correctional officer at plaintiff's place of incarceration and plaintiff did not attach a certified copy of his trust account statement.

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.
3    These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
5 one days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  Such a document should be captioned "Objections to Magistrate
7 Judge's Findings and Recommendations."  Failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
9 Cir. 1991).

Dated: September 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow1951.fifp